IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES LEE MULVIHILL,<br>TDCJ-CID NO. 1233480,<br><br>        Petitioner,<br><br>v.<br><br>RICK THALER, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions<br>Division,<br><br>        Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-11-3367 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order, this action is **DISMISSED WITH PREJUDICE.**

A Certificate of Appealability is **DENIED.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 22nd day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE